Serial: **231560**

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 89-R-99015-SCT

*IN RE: LOCAL RULES*

**FILED**

MAY 05 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## EN BANC ORDER

Before the en banc Court is the Motion to Amend by Deletion the Local Rules of the Fourth Chancery District of Mississippi (Motion No. 2019-3542), filed by the Chancellors of the Fourth Chancery District of Mississippi.

The Chancellors ask the Court to strike the Local Rules for the Fourth Chancery Court District of Mississippi. After due consideration, we find that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Amend by Deletion the Local Rules of the Fourth Chancery District of Mississippi is granted. The Local Rules for the Fourth Chancery Court District of Mississippi are repealed effective upon entry of this order.

IT IS FURTHER ORDERED that the Clerk of this Court must spread this order upon the minutes of the Court and send a certified copy to West Publishing Company for publication in the advance sheets of *Southern Reporter, Third Series (Mississippi Edition)*, and in the next edition of the *Mississippi Rules of Court*.

SO ORDERED, this the _5_ day of May, 2020.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE
FOR THE COURT

ALL JUSTICES AGREE.